# EXHIBIT A

Int. Cl.: 32

Prior U.S. Cl.: 45

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 628,369
Registered June 5, 1956
Renewal Term Begins June 5, 1996

## TRADEMARK
## PRINCIPAL REGISTER

### DOG N SUDS

DOG N SUDS, L.P. (INDIANA LIMITED PARTNERSHIP)
3806 WEST 86TH STREET
INDIANAPOLIS, IN 46268, BY MERGER, MERGER AND CHANGE OF NAME, ASSIGNMENT, CHANGE OF NAME, MERGER, ASSIGNMENT, ASSIGNMENT AND ASSIGNMENT FROM DOG N SUDS, INC. (ILLINOIS CORPORATION) CHAMPAIGN, IL

FOR: SOFT DRINKS AND SOFT DRINK CONCENTRATES, IN CLASS 45 (INT. CL. 32).

FIRST USE 4-6-1955; IN COMMERCE 4-6-1955.

SER. NO. 71-696,291, FILED 10-12-1955.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 10, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS