# EXHIBIT B

Int. Cl.: 42

Prior U.S. Cl.: 100

**United States Patent and Trademark Office**

Amended

Reg. No. 632,430
Registered Aug. 7, 1956
OG Date Apr. 1, 1997

---

## SERVICE MARK
## PRINCIPAL REGISTER



DOG N SUDS, L.P. (INDIANA LIMITED PARTNERSHIP)
3806 W. 86TH STREET
INDIANAPOLIS, IN 46268, BY MERGER, MERGER AND CHANGE OF NAME, ASSIGNMENT, CHANGE OF NAME, MERGER, ASSIGNMENT, ASSIGNMENT AND ASSIGNMENT FROM DOG N SUDS, INC. (ILLINOIS CORPORATION) CHAMPAIGN, IL

FOR: RESTAURANT SERVICES, IN CLASS 100 (INT. CL. 42).

FIRST USE 3-2-1955; IN COMMERCE 3-2-1955.

SER. NO. 71-696,290, FILED 10-12-1955.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 1, 1997.*

COMMISSIONER OF PATENTS AND TRADEMARKS