# EXHIBIT C

**Int. Cl.: 42**

**Prior U.S. Cl.: 100**

Reg. No. 632,429

**United States Patent and Trademark Office**

Registered Aug. 7, 1956

10 Year Renewal

Renewal Term Begins Aug. 7, 1996

## SERVICE MARK
## PRINCIPAL REGISTER

DOG n SUDS

DOG N SUDS, L.P. (INDIANA LIMITED PARTNERSHIP)
3806 WEST 86TH STREET
INDIANAPOLIS, IN 46268, BY MERGER, MERGER AND CHANGE OF NAME, ASSIGNMENT, CHANGE OF NAME, MERGER, ASSIGNMENT, ASSIGNMENT AND ASSIGNMENT FROM DOG N SUDS, INC. (ILLINOIS CORPORATION) CHAMPAIGN, IL

FOR: RESTAURANT SERVICES, IN CLASS 100 (INT. CL. 42).

FIRST USE 11–15–1954; IN COMMERCE 3–2–1955.

SER. NO. 71–696,289, FILED 10–12–1955.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 27, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS