# EXHIBIT D

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

Reg. No. 2,097,102

**United States Patent and Trademark Office**   Registered Sep. 16, 1997

## TRADEMARK
### PRINCIPAL REGISTER



DOG N SUDS, L.P. (INDIANA LIMITED PARTNERSHIP)
3806 WEST 86TH STREET
INDIANAPOLIS, IN 46268

FOR: SOFT DRINKS AND SOFT DRINK CONCENTRATES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 6-29-1992; IN COMMERCE 6-29-1992.

SER. NO. 75-124,504, FILED 6-24-1996.

CAROLYN GRAY, EXAMINING ATTORNEY