# EXHIBIT G

**WOODARD, EMHARDT, HENRY, REEVES & WAGNER, LLP**

Make your ideas *untouchable.*®
uspatent.com

April 9, 2025

DANIEL J. LUEDERS
dlueders@uspatent.com
Direct: (317) 713-4920

***VIA FEDERAL EXPRESS***

David J. Hosticka
President
AIRLINE DOG 'N SUDS, INC.
4221 Grand Haven Rd
Norton Shores, MI 49441

Re:   DOG N SUDS®
      Unauthorized Use of U.S. Federal Trademark Registrations
      Our Ref.: 020494-8

Dear Mr. Hosticka:

We are intellectual property litigation counsel for TK&C'S, LLC, the owner of the famous **DOG N SUDS**® restaurant services and brand. Through many years of leadership, sales and advertising, the **DOG N SUDS**® brand, which includes its logos, have developed famous and strong goodwill and recognition. Since 1955, for about seventy (70) years, the brand has not changed. TK&C'S, LLC owns several incontestable U.S. Federal Trademark Registrations:

| TM Reg. No. | Mark | Goods/Services |
|---|---|---|
| 628369 | DOG N SUDS | Soft drinks and soft drink concentrates, IC 32 |
| 632430 | DOG N SUDS AND DESIGN | Restaurant services, IC 42 |

Patent and Trademark Attorneys   •   Founded 1879
111 Monument Circle, Suite 3700, Indianapolis, IN 46204-5137   •   Main: 317.634.3456   •   Fax: 317.637.7561

Airline Dog 'N Suds, Inc.
April 9, 2025
Page 2

| 632429 | DOG N SUDS (Stylized) | Restaurant services, IC 42 |
|---|---|---|
| 2097102 | DOG N SUDS AND DESIGN | Soft drinks and soft drink concentrates, IC 32 |
| 7131185 | DOG N SUDS | Soft drinks; concentrates for making soft drinks, IC 32<br><br>Restaurant services, IC 43 |

A copy of these Certificates of Registration is enclosed as Exhibit A.

You were a party to a Product License Agreement with TK&C'S, LLC for use of their trademarks and products; however, the agreement expired in 2017.

We are writing to you regarding your current use of the mark "DOG N SUDS" with your restaurant and its products and on-line presence. One example is a Facebook post dated April 8, 2025, which shows your location at "Dog 'n Suds Drive-In" and includes a photograph of employees holding products that include TK&C'S, LLC logo. A screenshot of the post and comments are depicted immediate below:

Airline Dog 'N Suds, Inc.
April 9, 2025
Page 3



Such use is unauthorized and is infringement and is actionable under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and common law because it is likely to cause dilution as well as confusion and mistake that your Dog 'n Suds Drive-In restaurant services and products are affiliated with, endorsed by, sponsored by, or approved by our client and/or its DOG N SUDS® restaurant services and products. It is also a breach of your prior agreement, in particular your post-termination obligations

      Airline Dog 'N Suds, Inc.'s use of TK&C'S, LLC's DOG N SUDS ® trademarks is unauthorized, and we respectfully demand that you suspend all use of the mark in the very near future via restaurant(s) and otherwise.

Airline Dog 'N Suds, Inc.
April 9, 2025
Page 4

      We expect a written response by **April 20, 2025** detailing when and how you will stop the activity involving our client's name and marks. We hope you promptly resolve this without forcing us into court litigation.

      Be advised that this letter is not intended to identify an exhaustive list of TK&C'S, LLC's rights and claims against Airline Dog 'N Suds, Inc. All rights and remedies, including attorney's fees and costs, that our client may have under the law remain intact, are not waived for any reason, and may be asserted without further notice.

Very truly yours,

*/s/ Daniel J. Lueders*

Daniel J. Lueders

Enclosure

cc:    TK&C'S, LLC

20:DJL.pm.#2370724

Int. Cl.: 32

Prior U.S. Cl.: 45

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 628,369
Registered June 5, 1956
Renewal Term Begins June 5, 1996

## TRADEMARK
## PRINCIPAL REGISTER

### DOG N SUDS

DOG N SUDS, L.P. (INDIANA LIMITED PARTNERSHIP)
3806 WEST 86TH STREET
INDIANAPOLIS, IN 46268, BY MERGER, MERGER AND CHANGE OF NAME, ASSIGNMENT, CHANGE OF NAME, MERGER, ASSIGNMENT, ASSIGNMENT AND ASSIGNMENT FROM DOG N SUDS, INC. (ILLINOIS CORPORATION) CHAMPAIGN, IL

FOR: SOFT DRINKS AND SOFT DRINK CONCENTRATES, IN CLASS 45 (INT. CL. 32).

FIRST USE 4-6-1955; IN COMMERCE 4-6-1955.

SER. NO. 71-696,291, FILED 10-12-1955.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 10, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 42

Prior U.S. Cl.: 100

**United States Patent and Trademark Office**

Amended

Reg. No. 632,430
Registered Aug. 7, 1956
OG Date Apr. 1, 1997

---

## SERVICE MARK
## PRINCIPAL REGISTER



DOG N SUDS, L.P. (INDIANA LIMITED PARTNERSHIP)
3806 W. 86TH STREET
INDIANAPOLIS, IN 46268, BY MERGER, MERGER AND CHANGE OF NAME, ASSIGNMENT, CHANGE OF NAME, MERGER, ASSIGNMENT, ASSIGNMENT AND ASSIGNMENT FROM DOG N SUDS, INC. (ILLINOIS CORPORATION) CHAMPAIGN, IL

FOR: RESTAURANT SERVICES, IN CLASS 100 (INT. CL. 42).

FIRST USE 3-2-1955; IN COMMERCE 3-2-1955.

SER. NO. 71-696,290, FILED 10-12-1955.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 1, 1997.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 42

Prior U.S. Cl.: 100

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 632,429
Registered Aug. 7, 1956
Renewal Term Begins Aug. 7, 1996

## SERVICE MARK
## PRINCIPAL REGISTER

**DOG n SUDS**

DOG N SUDS, L.P. (INDIANA LIMITED PARTNERSHIP)
3806 WEST 86TH STREET
INDIANAPOLIS, IN 46268, BY MERGER, MERGER AND CHANGE OF NAME, ASSIGNMENT, CHANGE OF NAME, MERGER, ASSIGNMENT, ASSIGNMENT AND ASSIGNMENT FROM DOG N SUDS, INC. (ILLINOIS CORPORATION) CHAMPAIGN, IL

FOR: RESTAURANT SERVICES, IN CLASS 100 (INT. CL. 42).

FIRST USE 11-15-1954; IN COMMERCE 3-2-1955.

SER. NO. 71-696,289, FILED 10-12-1955.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 27, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

**United States Patent and Trademark Office**

Reg. No. 2,097,102
Registered Sep. 16, 1997

## TRADEMARK
### PRINCIPAL REGISTER



DOG N SUDS, L.P. (INDIANA LIMITED PARTNERSHIP)
3806 WEST 86TH STREET
INDIANAPOLIS, IN 46268

FOR: SOFT DRINKS AND SOFT DRINK CONCENTRATES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 6-29-1992; IN COMMERCE 6-29-1992.

SER. NO. 75-124,504, FILED 6-24-1996.

CAROLYN GRAY, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# DOG N SUDS

**Reg. No. 7,131,185**  
**Registered Aug. 08, 2023**  
**Int. Cl.: 32, 43**  
**Service Mark**  
**Trademark**  
**Principal Register**

TK&C'S, LLC (INDIANA LIMITED LIABILITY COMPANY)  
401 Sagamore Parkway W  
West Lafayette, INDIANA 47906

CLASS 32: Soft drinks; Concentrates for making soft drinks

FIRST USE 4-6-1955; IN COMMERCE 4-6-1955

CLASS 43: Restaurant services

FIRST USE 11-15-1954; IN COMMERCE 3-2-1955

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 0628369, 0632429, 0632430

SER. NO. 97-476,543, FILED 06-27-2022



Director of the United States  
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.